UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
-------------------------------------------------------X
Ralph Levin,

                Plaintiff,

      -against-

Credit Protection Association, L.P.,

                Defendant.
-------------------------------------------------------X

Civil Action No.:_____

**VERIFIED COMPLAINT**

Now comes Plaintiff Ralph Levin (hereinafter referred to as "Plaintiff"), by and through his attorneys, Fredrick Schulman & Associates, Attorneys at Law, and brings this action to recover monetary damages, and declaratory and injunctive relief, against Defendant Credit Protection Association, L.P. (hereinafter referred to as "Defendant"), arising from Defendant's violations of 15 U.S.C. §1692 *et seq.*, commonly referred to as the Fair Debt Collection Practices Act (hereinafter referred to as "FDCPA"), which prohibits debt collectors from engaging in false, deceptive, misleading, or unfair collection practices, and respectfully sets forth, complains and alleges, upon information and belief, the following:

**PRELIMINARY STATEMENT**

The FDCPA regulates the behavior of collection agencies attempting to collect a debt on behalf of another. The United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by debt collectors, and has determined that abusive debt collection practices contribute to a number of personal bankruptcies, marital instability, loss of jobs, and invasions of individual privacy. Congress enacted the FDCPA to eliminate abusive debt collection practices by debt collectors, to ensure that those debt collectors

who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote uniform State action to protect consumers against debt collection abuses. 15 U.S.C. §1692(a)-(e).

The elements of an FDCPA claim are (1) the Plaintiff(s) is a consumer under 15 U.S.C. §1692a(3) or §1692c(d); (2) the debt at issue is a consumer debt under 15 U.S.C.§1692a(5); (3) the Defendant is a debt collector under 15 U.S.C. §1692a(6); and (4) that the Defendant has violated, through acts or omissions, some part of the FDCPA.

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331, as well as 15 U.S.C. §1692 *et seq*. and 28 U.S.C. §2201.  If applicable, the Court also has pendent jurisdiction over any State law claims in this action pursuant to 28 U.S.C. §1367(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b).

## PARTIES

3. Plaintiff is a natural person and a resident of the State of California, Los Angelos County.

4. At all relevant times herein, Plaintiff is a "consumer" as that term is defined in 15 U.S.C. §1692a(3) of the FDCPA.

5. Upon information and belief, Defendant Credit Protection Association, L.P. ("Credit Protection") is a California limited partnership conducting business from offices located at 13355 Noel Road, Suite 2100 Dallas, TX 75240.

6. Defendant regularly uses the mail and telephone in a business, the principal purpose of which is the collection of debts.

7.      Defendant regularly collects or attempts to collect debts for other parties, and therefore, is a "debt collector" as the phrase is defined in 15 U.S.C. §1692a(6) of the FDCPA.

## FACTS

8.      In or around December 2013, Defendant commenced collection activities in an attempt to collect an alleged debt (referred to hereinafter as the "Alleged Debt") from Plaintiff.

9.      Upon information and belief, Plaintiff does not know the origin of the Alleged Debt.

10.     Upon information and belief, the nature of the Alleged Debt is the type of debt the FDCPA was designed to regulate.

11.     On or about February 12, 2014, Defendant placed a telephone call and left a voicemail for Plaintiff in an attempt to collect the Alleged Debt.

12.     Said telephone call was received by Plaintiff at 5:46 AM, a time known to be inconvenient for consumers.

13.     As a result of Defendant's violation of the FDCPA, Plaintiff is entitled to an award of statutory damages and all costs and reasonable attorney's fees pursuant to the relevant provisions of the FDCPA.

## FIRST CAUSE OF ACTION
(Violation of 15 U.S.C. §1692c(a)(1))

14.     Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "13" herein with the same force and effect as if the same were set forth at length herein.

15.     Defendant's conduct violated 15 U.S.C. §1692c(a)(1) in that Defendant placed a telephone call to Plaintiff's telephone before 8:00 AM, a time known to be inconvenient for consumers.

16. As a result of the Defendant's violations of the FDCPA, Plaintiff has been damaged and is therefore entitled to damages in accordance with the FDCPA.

## DEMAND FOR TRIAL BY JURY

17. Plaintiff respectfully requests a trial by jury for all claims and issues in this complaint.

## PRAYER FOR RELIEF

   **WHEREFORE**, Plaintiff Ralph Levin demands judgment against the Defendant Credit Protection Association, L.P.as follows:

   A. For statutory damages provided and pursuant to 15 U.S.C. Sec.1692k(2)(A):

   B. For attorneys' fees and costs provided and pursuant to 15 U.S.C. Sec. 1692k(a)(3);

   C. For a declaration that the Defendant is subject to the requirements of the FDCPA and its practices, as alleged herein, violated the FDCPA; and,

   D. For any such other and further relief, as well as further costs, expenses and disbursements of this action, as this Court may deem just and proper.

Dated:  New York, New York
        February 17, 2014
                              Respectfully submitted,


                              By: */s Diane C. McDowell, Esq.*

                              Attorney for Plaintiff
                              Diane C. McDowell, Esq.
                              Law Office of Diane C. McDowell
                              181 Rea Ave., Suite 202C
                              El Cajon, CA 92020
                              619-758-5081